## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)

**Freddie Fitzgerald Christopher**
265 West 1st Street
Summerville, GA 30747

**xxx–xx–7676**

Case No.:  **06–42452–pwb**
Chapter:  **13**
Judge:  **Paul W. Bonapfel**

## ORDER APPROVING ACCOUNT, DISCHARGING CHAPTER 13 TRUSTEE AND CLOSING ESTATE

It appearing that the case of the above–named Debtor(s) was discharged by Order of this Court, and

It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Trustee has performed all other duties as required in the administration of said estate; and that said estate has been fully administered,

**IT IS HEREBY ORDERED** that:

1.   The account of the Chapter 13 Trustee is allowed and approved;
2.   The Chapter 13 Trustee is discharged and relieved of the trust;
3.   The estate is closed; and
4.   The Clerk shall mail a copy of this order to the Debtor, the Attorney for the Debtor(s), and the Chapter 13 Trustee.

_Paul W Bonapfel_

Paul W. Bonapfel
United States Bankruptcy Judge

Dated:  March 16, 2011

Form 214