UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

IN RE:                                    )        Case No. R06-42452-PWB
                                          )
Freddie Fitzgerald Christopher,           )        Chapter 13
                                          )
                    Debtor.               )

ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Trustee filed a Trustee's "Notice and Payment into the Court for Unclaimed Funds" on

January 3, 2011  and issued a check to the Clerk, U.S. Bankruptcy Court, for deposit into the

registry of the court in the amount of $12,107.53 on behalf of D & G Auto Sales. On August 5,

2013, Auto Finance Partners, LLC, c/o Dilks & Knopik, LLC, filed a petition seeking payment

of this sum. The petition and the documents attached thereto establish that claimant is entitled to

the unclaimed funds; accordingly, it is hereby

ORDERED that the Clerk, US Bankruptcy Court, shall issue a check in the amount of

$12,107.53, payable to Auto Finance Partners, LLC, c/o Dilks & Knopik, LLC and shall send

said check to payee at the following address: 35308 SE Center Street, Snoqualmie, WA 98065.

IT IS SO ORDERED, this _17_ day of August, September 2013.

PAUL W. BONAPFEL
UNITED STATES BANKRUPTCY JUDGE

No Opposition:

Mary Ida Townson, Chapter 13 Trustee

Bar # 765067

Page 1 of 2

Application Submitted By:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for Auto Finance Partners, LLC
35308 SE Center Street
Snoqualmie, WA 98065
(425) 836-5728


Distribution List:
US Attorney, 1800 Richard Russell Federal Bldg, 75 Spring St. SE, Atlanta, GA 30303
Auto Finance Partners, LLC, Tim Kincaid Legal Counsel, 1910 Mentor Avenue , Painesville, OH 44077
Mary Ida Townson, Case Trustee, 100 Peachtree Street, NW, Atlanta, GA 30303
Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065